FILED
2026 APR 3 PM 4:10
CLERK
U.S. DISTRICT COURT

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

10th_____ District of utah_____

_____ Division

|  |  |
|---|---|
| David D Crossett, M.S/M.S/11%JD<br>cockroach disability law center<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br>ChatGPT, OpenAI, Sam Altman<br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.  Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

Case: 1:26−cv−00046
Assigned To : Pead, Dustin B. Assign.
Date : 4/3/2026 Description: Crossett
v. ChatGPT et al

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | David D crosset |
| Address | 650 s main st 6303 |
| | bountiful                    ut                    84010 |
| | *City*                *State*            *Zip Code* |
| County | bounitful |
| Telephone Number | (385)215-0113  (385)424-7204 |
| E-Mail Address | davidx44@yahoo.com  ,   cockroachdisability@yahoo.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ChatGPT |
| Job or Title *(if known)* | AI Assistant |
| Address | 3180 18th Street |
| | San Francisco          CA          94110 |
| | *City*          *State*          *Zip Code* |
| County | San Francisco |
| Telephone Number | N/A |
| E-Mail Address *(if known)* | support@openai.com |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | OpenAI |
| Job or Title *(if known)* | AI |
| Address | 3180 18th Street |
| | San Francisco          CA          94110 |
| | *City*          *State*          *Zip Code* |
| County | San Francisco |
| Telephone Number | |
| E-Mail Address *(if known)* | support@openai.com |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name Sam Altman

Job or Title *(if known)* CEO

Address 3180 18th Street

| San Francisco | CA | 94110 |
|---|---|---|
| *City* | *State* | *Zip Code* |

County San Francisco

Telephone Number

E-Mail Address *(if known)* sama@openai.com

☐ Individual capacity    ✔ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ✔ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☐  State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

III.    **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?
        650 s main st 6303 bountiful utah 84010

B.      What date and approximate time did the events giving rise to your claim(s) occur?
        FEBRUARY 13TH 2026 9AM

C.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
        Plaintiff is an elderly, legally blind individual who relied on Defendant OpenAI, Inc.'s ChatGPT platform as a daily assistive support tool. The system was used consistently to assist with written communication, organization of tasks, and general daily functioning impacted by Plaintiff's disability.

        Over time, Plaintiff developed substantial reliance on the continuity and functionality of a specific version of Defendant's AI system. The system provided consistent interaction that supported Plaintiff's ability to manage personal, creative, and administrative activities, including written projects and online content.

        In or around February 2026, Defendant materially altered or removed access to the version of the system previously used by Plaintiff. This change occurred without adequate warning, transition tools, or preservation of prior interactions.

        As a result, Plaintiff experienced disruption in daily functioning, loss of an assistive support tool, interruption of ongoing written and creative work, and increased emotional distress requiring additional support.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of the disruption and loss of the system Plaintiff relied upon, Plaintiff experienced increased emotional distress and decline in mental stability.

Plaintiff required additional counseling services, including sessions focused on crisis and suicide-related risk management. Plaintiff also required adjustments to prescribed medication, including an increase in anti-anxiety medication (Valium), under medical supervision.

These changes were necessary to stabilize Plaintiff following the loss of a support tool that had been part of Plaintiff's daily functioning. Plaintiff continues to experience ongoing emotional distress and requires continued monitoring and support.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff requests that the Court award compensatory damages in an amount not less than $500,000 for emotional distress, disruption of daily functioning, loss of assistive support, interruption of ongoing work, and medical and counseling expenses.

Plaintiff further requests punitive damages in an amount not less than $2,000,000 to address Defendant's conduct in making abrupt changes to a system on which Plaintiff reasonably relied, without adequate warning or transition, and to deter similar conduct in the future.

Plaintiff also requests that the Court require Defendant to provide reasonable accommodations or functional alternatives that restore accessibility and support for disabled users.

Plaintiff requests any additional relief the Court deems fair and appropriate.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/22/0226

Signature of Plaintiff          David D Crossett, cockroach disability law center

Printed Name of Plaintiff          David D Crossett

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

/s/
David D. Crosset
3/22/2026 12:27pm

| Print | Save As... | Add Attachment | Reset |
|---|---|---|---|