IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DAVID D. CROSSETT,<br><br>Plaintiff,<br><br>v.<br><br>CHATGPT, OPENAI, and SAM ALTMAN,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION<br><br>Case No. 1:26-cv-00046-JNP-DBP<br><br>Chief Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

David Crossett filed this action as a pro se plaintiff against defendants ChatGPT, OpenAI, and Sam Altman. Crossett alleges that the defendants harmed him by discontinuing a version of an AI program that he had used to prepare "written projects and online content." He asserted claims for negligence, negligent infliction of emotional distress, and violations of the Americans with Disabilities Act. After screening Crossett's complaint pursuant to 28 U.S.C. § 1915, Magistrate Judge Dustin B. Pead issued a Report and Recommendation (R&R) that the court dismiss this action for failure to state a claim for relief for any of Crossett's causes of action. Dkt. No. 7.

Crossett filed a timely objection to the R&R. Dkt. No. 8. The court must review de novo the portions of the R&R to which he has objected. *See* FED. R. CIV. P. 72(b)(3). But Crossett did not provide any reason why the R&R was erroneous, stating only that his "complaint states valid causes of action." This bare assertion does not constitute a valid objection to the reasoning of the R&R. *Cf. Foster v. Ruhrpumpen, Inc.*, 166 F. App'x 389, 393 (10th Cir. 2006) (unpublished) (rejecting an assertion in an appellate brief because the appellant did not "put forward *any* reason, argument, or legal authority showing why they believe the district court erred in so ruling").

Accordingly, the court ADOPTS IN FULL the R&R. Crossett's action is DISMISSED for failure to state a claim.

DATED October 27, 2026.

BY THE COURT

Jill N. Parrish
Chief Judge for the District of Utah